IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIFFANY AMANDA HOTTLE | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-545 |
| | : | |
| GEORGE W. HILL CORRECTIONAL FACILITY | : | |

### **ORDER**

AND NOW, this 10th day of September, 2019, upon consideration of Defendants Krolle, Cooper, and Brown's Motions to Dismiss and pro se Plaintiff Tiffany Amanda Hottle's opposition thereto, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motions (Documents 16 & 25) are GRANTED insofar as Hottle's Complaint is DISMISSED without prejudice for failure to state a claim.

Hottle shall have until October 10, 2019, to file an amended complaint that corrects the pleading deficiencies identified in the accompanying Memorandum. Failure to file an amended complaint within the time permitted may result in dismissal of the above-captioned case with prejudice.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.